IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DISTRICT OF MARYLAND

_____FILED _____ENTERED
_____LODGED _____RECEIV

SEP 2 8 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Geneen Pryor _____ *

                                      *    2000 OCT -4 P 2: 2b
                                      *
            Plaintiff(s)              *    Civil Action No. WMN-00-CV-2601
                                           CLERK'S OFFICE
      vs.                             *    AT BALTIMORE
                                      *
MCI Worldcom Communications _____ *    BY_____DEPUTY    ☒ FEE PAID
                                      *
                                           _____ FEE NOT PAID
            Defendant(s)              *              (SEND LETTER)

*********************************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Brooks R. Amiot_____Esquire

a member of the Bar of this court, moves the admission of __James Ennis Macklin_____ Esquire to

appear pro hac vice in the captioned proceeding as counsel for __Worldcom_____

   Movant and the proposed admittee respectfully certify as follows:

   1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

      __the District of Columbia_____

      _____

and/or the following United States Court(s): _United States Supreme Court; U. S. Court of Appeals__

for the Fourth Circuit._____

   2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0___ time(s).

   3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: __N/A_____

_____

_____

_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____Emmett F. McGee, Jr._____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____
**Signature**
Piper Marbury Rudnick & Wolfe LLP

_____
**Address**
6225 Smith Avenue
Baltimore, Maryland   21209-3600

__(410) 580-4997_____
**Office phone number**

__(410) 580-3790_____
**Fax number**

__21248_____
**Md. U. S. District Court Number**

PROPOSED ADMITTEE:

_____
**Signature**
Worldcom Law & Public Policy Legal Group

_____
**Address**
1133 19th Street, N.W.
Washington, D.C.   20036

__(202) 736-6429_____
**Office phone number**

__(202) 736-6346_____
**Fax number**

## O R D E R

Motion _____✓_____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

____10/4/00_____        _____
**Dated**                                          **Judge, U. S. District Court**