# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GENEEN PRYOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. WMN 00-CV-2601** |
| | ) | |
| **MCI WORLD COM** | ) | |
| **COMMUNICATIONS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED DISMISSAL ORDER

IT APPEARING that the parties to the instant case have stipulated and agreed that Count II of Plaintiff's Complaint, a claim of violation of 42 U.S.C. § 1981, should be dismissed with prejudice, it is hereby

**ORDERED:** that Count II of Plaintiff's Complaint is hereby dismissed with prejudice, the parties to continue to litigate the remaining allegations of Plaintiff's Complaint in accordance with the requirements previously set forth in the Scheduling Order issued by this Court.

SO ORDERED this **29ᵗʰ** day of _December_ , 2000.

_William M. Nickerson_
William M. Nickerson
United States District Judge

THE PARTIES HERETO, BY THEIR UNDERSIGNED COUNSEL, HEREBY CONSENT TO THE ENTRY OF THIS ORDER:



Norris C. Ramsey
2122 Maryland Avenue
Baltimore, Maryland 21218
(410) 752-1646

Attorney for Plaintiff

James E. Macklin (admitted pro hac vice)
Associate Litigation Counsel
MCI WORLDCOM, Inc.
1133 19th Street, N.W.
Washington, D.C. 20036
(202) 736-6429
Facsimile (202) 736-6346

Brooks R. Amiot (12148)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorneys for Defendant