## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GENEEN PRYOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. WMN 00-CV-2601** |
| | ) | |
| **MCI WORLD COM COMMUNICATIONS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AGREED DISMISSAL ORDER

IT APPEARING that the parties to the instant case have stipulated and agreed that Plaintiff's Complaint should be dismissed in its entirety with prejudice, it is hereby

**ORDERED:** that Plaintiff's Complaint is hereby dismissed with prejudice, the parties to be responsible for payment of their own costs, expenses and attorneys' fees.

SO ORDERED this _21st_ day of _February_ , 2001.

_____
William M. Nickerson
United States District Judge

THE PARTIES HERETO, BY THEIR UNDERSIGNED COUNSEL, HEREBY CONSENT TO THE ENTRY OF THIS ORDER:

Norris C. Ramsey
2122 Maryland Avenue
Baltimore, Maryland 21218
(410) 752-1646

Attorney for Plaintiff

James E. Macklin (admitted pro hac vice)
Associate Litigation Counsel
MCI WORLDCOM, Inc.
1133 19th Street, N.W.
Washington, D.C. 20036
(202) 736-6429
Facsimile (202) 736-6346

Brooks R. Amiot (12148)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorneys for Defendant

-2-